# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**JAMES TYLER CASSIDY** as Trustee
Maximus James Trust,

    Plaintiff,

v.                                                  Case No: 5:25-cv-43-WFJ-PRL

**CITRUS COUNTY MOSQUITO CONTROL DISTRICT,**

    Defendant.

_____

## ORDER

This matter is before the Court on Plaintiff's motion for clerk's default against Defendant. (Doc. 17). Pursuant to Rule 55(a), Fed.R.Civ.P, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Here, because Defendant timely filed a motion to dismiss the Complaint (Doc. 16), Plaintiff's motion is due to be denied.

**DONE** and **ORDERED** in Ocala, Florida on February 25, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties